UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE BOLTER,<br><br>                                            Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Acting Commissioner of<br>Social Security,<br><br>                                            Defendant, | Case No.:  21CV1272-BLM<br><br>**ORDER DENYING MOTION FOR ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>**[ECF No. 11]** |

On May 27, 2022, Plaintiff's counsel, Patrick B. Long, filed a Consent Order Granting Substitution of Attorney.  ECF No. 11.  The document indicates that Mr. Long will withdraw from the case and Plaintiff Clyde Bolter will represent himself.  Id.  Mr. Bolter appears to be the Plaintiff in this action and not an attorney.  Because the request does not involve the substitution of new counsel, but rather is a request for Plaintiff's counsel to withdraw, Plaintiff's motion for order substituting attorney is **DENIED**.  If Plaintiff wishes to proceed *pro se* or Plaintiff's counsel wishes to withdraw, Mr. Long must file a motion to withdraw as counsel pursuant to CivLR 83.3(f)(3).  See CivLR 83.3(f)(2) ("[w]hen an attorney of record for any person ceases to act for a party, such party must appear in person or *appoint another attorney by a written substitution of attorney* signed by the party, the attorney ceasing to act, and the *newly appointed attorney*, or by a written designation filed in the case and served upon the attorney ceasing to act") (emphasis added).

**IT IS SO ORDERED**.

Dated:  6/6/2022

Hon. Barbara L. Major
United States Magistrate Judge