UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIDE B.,[1]<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No.: 21cv1272-LR<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND AND REMANDING ACTION TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER PROCEEDINGS [ECF NO. 22]** |

On July 14, 2021, Plaintiff Clide B. filed a civil Complaint against Defendant Commissioner of Social Security seeking judicial review of the denial of Plaintiff's application for social security disability insurance benefits.  (ECF No. 1.)  The parties now jointly move to remand this action to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (See ECF No. 22 at 1–2.)

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

The parties contend that "[t]the purpose of the remand is to offer Plaintiff a new decision," and state the following:

> On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; further develop the record as necessary; consider all pertinent issues *de novo*, including, but not limited to, reconsidering Plaintiff's mental impairments; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

(Id. at 2.)

Upon due consideration, the Court **GRANTS** the parties' joint motion and **REMANDS** this action to the Social Security Administration for further administrative proceedings consistent with the terms set forth in the parties' joint motion. Judgment is entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated:  October 6, 2022

Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge